

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

JOHN W. ASHE,
FRANCIS LORENZO,
NG LAP SENG,
   a/k/a "David Ng,"
JEFF C. YIN,
   a/k/a "Yin Chuan,"
SHIWEI YAN,
   a/k/a "Sheri Yan," and
HEIDI HONG PIAO,
   a/k/a "Heidi Park,"

               Defendants.

15 Mag. 03562

**NOTICE OF APPEARANCE**



TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Christine H. Chung of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY, 10010, hereby appears on behalf of defendant Shiwei Yan, a/k/a "Sheri Yan."

I hereby certify that I am admitted to practice in the Southern District of New York.

Dated:   New York, New York
           October 15, 2015

By: _____
    Christine H. Chung

QUINN EMANUEL URQUHART
& SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: christinechung@quinnemanuel.com

## CERTIFICATE OF SERVICE

I, Christine H. Chung, hereby certify that on October 15, 2015, I served the Notice of Appearance by depositing true and correct copies in sealed, first class postage prepaid envelopes, addressed to:

Daniel C. Richenthal
Janis Echenberg
Rahul Mukhi
U.S. Attorneys Office
One Saint Andew's Plaza
New York, NY 10007
*Counsel for United States of America*

Robert F. Van Lierop
34 East 23rd Street
New York, NY 10031
*Counsel for John W. Ashe*

Benjamin Brafman
Jacob Kaplan
Marc A. Agnifilo
Brafman & Associates, P.C.
767 Third Avenue
New York, NY 10017
*Counsel for Ng Lap Seng a/k/a "David Ng"*

Jonathan E. Lopez
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20004
*Counsel for Ng Lap Seng a/k/a "David Ng"*

Hugh Hu Mo
The Law Firm of Hugh H. Mo, P.C.
225 Broadway, Suite 2702
New York, NY 10007
*Counsel for Ng Lap Seng a/k/a "David Ng"*

Franklin B. Velie
Jonathan G. Kortmansky
Sullivan & Worcester LLP
1633 Broadway, 32nd Floor
New York, NY 10019
*Counsel for John W. Ashe*

Brian Harris Bieber
Hirschhorn & Bieber, P.A.
530 Biltmore Way, Penthouse 3A
Coral Gables, FL 33134
*Counsel for Francis Lorenzo*

Guy D. Singer
Joshua C. Foster
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
*Counsel for Ng Lap Seng a/k/a "David Ng"*

Kevin K. Tung
Kevin Kerveng Tung, P.C.
38-21 Main Street, Suite 3D
Flushing, NY 11354
*Counsel for Ng Lap Seng a/k/a "David Ng"*

Sabrina P. Shroff
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
*Counsel for Jeff C. Yin a/k/a "Yin Chuan"*

Dated:  October 15, 2015

_____
Christine H. Chung
Quinn Emanuel Urquhart & Sullivan, LLP