DOCKET No. 15 MAG 3562  DEFENDANT: SHIWEI YAN

AUSA DAN RICHENTHAL  DEF.'S COUNSEL CHRISTINE CHUNG

☐ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA

☒ MANDARIN _____ INTERPRETER NEEDED  ☐ DEFENDANT WAIVES PRE-TRIAL REPORT  85 54 min.

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.  DATE OF ARREST _____  ☐ VOL. SURR.
☒ Other: BAIL HEARING  TIME OF ARREST _____  ☐ ON WRIT
  TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE  ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☒ $ 500,000 PRB
☒ 4 FRP
☒ SECURED BY $ _____ CASH/PROPERTY: 1200 Crystal Drive, Arlington, VA
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION  ☒ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT  ☐ MENTAL HEALTH EVALUATION/TREATMENT  GPS w/ USM
☐ HOME INCARCERATION  ☒ HOME DETENTION  ☐ CURFEW  ☒ ELECTRONIC MONITORING
☒ OTHER CONDITIONS Def. must reside in NYC while this criminal action is pending. Her residence must be approved by Pretrial Servs. Office. Def. must submit to urine analyses administered by Pretrial Servs. If the test is positive for the presence of a controlled substance, additional testing or treatment may ensue at the direction of Pretrial Servs.
☒ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

36

*U.S. DISTRICT COURT FILED OCT 16 2015 D.S. S.D. OF N.Y.*

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY  ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED  ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED  ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____  ☐ ON DEFENDANT'S CONSENT

DATE: 10/16/15  _____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE  PINK - U.S. ATTORNEY'S OFFICE  YELLOW - U.S. MARSHAL  GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2